1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) CR. NO. S-05-405-DFL
12           Plaintiff,             )
                                    ) APPLICATION AND ORDER FOR
13      v.                          ) WRIT OF HABEAS CORPUS AD
                                    ) PROSEQUENDUM
14 MANUEL MEDINA-MONTANEZ,          )
     aka Manuel Montanes Medina,    )
15   aka Medina Manuel Montanes,    )
                                    )
16           Defendant.             )
                                    )
17 ‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗)

18      COMES NOW the United States of America by the United States

19 Attorney and represents and shows:

20      That there is now detained in High Desert State Prison, 475750

21 Rice Canyon Road, Susanville, California, 96130, in the custody of

22 the Warden, Sheriff or Jailor thereof, the defendant in the

23 above-entitled case, which case will be called for arraignment and

24 plea, and that it is necessary to have the defendant present in the

25 courtroom of the Duty Magistrate of the United States District

26 Court, Federal Building and U.S. Courthouse, 501 I Street,

27 Sacramento, California; and in order to secure the presence of the

28 defendant it is necessary that a Writ of Habeas Corpus ad

                                1

Prosequendum be issued commanding the Warden, Sheriff or Jailor to
produce the defendant in court, and at such other dates as may be
necessary in order to procure defendant's presence to enter a plea
and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the
issuance of a Writ of Habeas Corpus ad Prosequendum out of and under
the seal of this Court, directed to the Warden, Sheriff or Jailor,
commanding him to have and produce the above-named defendant in the
United States District Court forthwith, and then and there to
present the defendant before the Court and from day to day
thereafter as may be necessary, and at the termination of the
proceedings against the defendant to return defendant to the custody
of the Warden, Sheriff or Jailor.

DATED: October 3, 2005

McGREGOR W. SCOTT
United States Attorney


BY: /s/Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney


O R D E R

Upon reading and filing the foregoing application in that
behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum
issue as prayed for herein.

DATED: 10/4/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

medina405.ord

2