QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**

Attorney for Defendant
MANUEL MEDINA-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0405 DFL |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED ORDER] |
| MANUEL MEDINA-MONTANEZ, | Date: December 1, 2005 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 17, 2005 be vacated and a new Status Conference date of December 1, 2005 at 10:00 a.m. be set.

A Presentence report is not available yet in this case and defense counsel has not received a plea offer in this case either.

It is further stipulated and agreed between the parties that the period beginning November 17, 2005 to December 1, 2005, should be excluded in computing the time within which the trial of the above

Case 2:05-cr-00405-DFL   Document 14   Filed 11/22/05   Page 2 of 3

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 16, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        _____/S/LINDA HARTER_____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL MEDINA-MONTANEZ


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: November 16, 2005                 BY:____/S/MICHAEL BECKWITH_
                                          MICHAEL BECKWITH
                                        Assistant U.S. Attorney

Stipulation and order/Darren McWaine\Cr-S-05-402

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 11/21/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Manuel Medina-Montanez/Cr-S-05-405