QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                    **OK/HAV**
MANUEL MEDINA-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   No. CR-S-05-0405 DFL
                                 )
                Plaintiff,       )
                                 )   STIPULATION AND [PROPOSED ORDER]
        v.                       )
                                 )
MANUEL MEDINA-MONTANEZ,          )   Date:December 13, 2005
                                 )   Time: 2:00 P.M.
                                 )
                                 )   Judge: Hon. David F. Levi
                Defendant.       )
_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 1, 2005 be vacated and a new Status Conference date of December 13, 2005 at 10:00 a.m. be set.

The plea agreement is not available yet in this case and defense counsel will need additional time to review the presentence report and plea agreement with the client.

It is further stipulated and agreed between the parties that the period beginning December 1, 2005 to December 13, 2005, should be

1  excluded in computing the time within which the trial of the above

2  criminal prosecution must commence for purposes of the Speedy Trial Act

3  for defense preparation.  All parties stipulate and agree that this is

4  an appropriate exclusion of time within the meaning of Title 18, United

5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends

6  of justice to be served by a continuance outweigh the best interests of

7  the public and the defendant in a speedy trial.

8  Dated: November 30, 2005

9                                    Respectfully submitted,

10                                   QUIN DENVIR
                                     Federal Defender

11

12                                   /s/ Linda Harter
                                     LINDA HARTER
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   MANUEL MEDINA-MONTANEZ

15

16                                   MCGREGOR W. SCOTT
                                     United States Attorney

17

18  Dated: November 30, 2005
                                     /s/ Michael Beckwith
19                                   MICHAEL BECKWITH
                                     Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28  Stipulation and order/Darren McWaine\Cr-S-05-402

1                                    **ORDER**

2          Based on the parties' stipulation and good cause appearing

3    therefrom, the Court hereby adopts the stipulation of the parties in

4    its entirety as its order.  The Court specifically finds that the ends

5    of justice served by the granting of such continuance outweigh the

6    interests of the public and the defendant in a speedy trial.

7          IT IS SO ORDERED.

8

9    DATED: 12/2/2005

10

11                                    _____

12                                    DAVID F. LEVI

13                                    United States District Judge

14   Stipulation and order/Manuel Medina-Montanez/Cr-S-05-405

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3