DENNIS WAKS, Bar #142581
Acting Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL MEDINA-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>MANUEL MEDINA-MONTANEZ,<br><br>           Defendant. | No. CR-S-05-0405 DFL<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: February 16, 2006<br>Time: 10:00 A.M.<br><br>Judge: Hon. David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 12, 2006 be vacated and a new Status Conference date of February 16, 2006 at 10:00 a.m. be set.

    Defense counsel has received a plea offer in this case and needs to review it with the client and do some investigation into a conviction that is on appeal.

    It is further stipulated and agreed between the parties that the period beginning January 12, 2006 to February 16, 2006, should be

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
6  of justice to be served by a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial.
8  Dated: January 9, 2006

                                    Respectfully submitted,

                                    DENNIS WAKS
                                    Acting Federal Defender


                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MANUEL MEDINA-MONTANEZ


                                    MCGREGOR W. SCOTT
                                    United States Attorney


Dated: January 9, 2006
                                    /s/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney

28 Stipulation and order/Medina-Montanez\05-405 DFL

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 1/11/2006

_____
DAVID F. LEVI
United States District Judge