DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

**OK/HAV**

Attorney for Defendant
MANUEL MEDINA-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0405 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| MANUEL MEDINA-MONTANEZ, ) | Date: March 16, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 2, 2006 be vacated and a new Status Conference date of March 16, 2006 at 10:00 a.m. be set.

   Defense counsel has received a plea offer in this case and needs to review it with the client. Additionally, defense counsel will be out of the office on March 2, 2006 and therefore unavailable for court.

   It is further stipulated and agreed between the parties that the period beginning March 2, 2006 to March 16, 2006, should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 1, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
Acting Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MANUEL MEDINA-MONTANEZ

MCGREGOR W. SCOTT
United States Attorney

Dated: March 1, 2006

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

Stipulation and order/Medina-Montanez\05-405 DFL

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 3/2/06

_____
DAVID F. LEVI
United States District Judge