```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814        OK/HAV
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  MANUEL MEDINA-MONTANEZ

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-05-0405 DFL
                                 )
12            Plaintiff,         )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  MANUEL MEDINA-MONTANEZ,      )  Date: April 20, 2006
                                 )  Time: 10:00 A.M.
15                               )
                                 )  Judge: Hon. David F. Levi
16            Defendant.         )
                                 )
17  _____)
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, MICHAEL BECKWITH, Assistant United States

20  Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal

21  Defender, attorney for defendant, that the current Status Conference

22  date of March 30, 2006 be vacated and a new Status Conference date of

23  April 20, 2006 at 10:00 a.m. be set.

24       The continuance is requested for defense preparation.

25       It is further stipulated and agreed between the parties that the

26  period beginning March 30, 2006 to April 20, 2006, should be excluded

27  in computing the time within which the trial of the above criminal

28  prosecution must commence for purposes of the Speedy Trial Act for

1  defense preparation.  All parties stipulate and agree that this is an
2  appropriate exclusion of time within the meaning of Title 18, United
3  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
4  of justice to be served by a continuance outweigh the best interests of
5  the public and the defendant in a speedy trial.
6  Dated: March 28, 2006

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MANUEL MEDINA-MONTANEZ

MCGREGOR W. SCOTT
United States Attorney

Dated: March 28, 2006

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

Stipulation and order/Medina-Montanez\05-405 DFL

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 3/29/2006

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Manuel Medina-Montanez/Cr-S-05-405