```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700                    OK/HAV

 5  Attorney for Defendant
    MANUEL MEDINA-MONTANEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-05-0405 DFL
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13       v.                        )
                                   )
14  MANUEL MEDINA-MONTANEZ,        )  Date: June 8, 2006
                                   )  Time: 10:00 a.m.
15                                 )  Judge: David F. Levi
                                   )
16              Defendant.         )
                                   )
17  _____)
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MICHAEL BECKWITH, Assistant United States
20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant
21 Federal Defender, attorney for defendant, that the current Status
22 Conference date of May 11, 2006 be vacated and a new Status Conference
23 date of June 8, 2006 at 10:00 a.m. be set.

24      A new plea offer has been received from the government and defense
25 counsel needs additional time to review and discuss the offer with Mr.
26 Medina-Montanez.

27      It is further stipulated and agreed between the parties that the
28 period beginning May 11, 2006 through and including June 8, 2006

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 10, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MANUEL MEDINA-MONTANEZ

Dated: May 10, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 11, 2006

/s/ David F. Levi
DAVID F. LEVI
United States District Court