DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL MEDINA-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0405 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| MANUEL MEDINA-MONTANEZ, ) | Date: October 5, 2006 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Honorable David F. Levi |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of September 14, 2006 be vacated and a new Status Conference date of October 5, 2006 at 10:00 a.m. be set.

    Negotiations are continuing between the parties toward a resolution of Mr. Medina-Montanez's case.

    It is further stipulated and agreed between the parties that the period beginning September 14, 2006 through and including October 5, 2006 should be excluded in computing the time within which the trial of

the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 13, 2006          Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Linda Harter
                                              LINDA HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              MANUEL MEDINA-MONTANEZ

Dated:  September 13, 2006         MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Michael Beckwith
                                              MICHAEL BECKWITH
                                              Assistant U.S. Attorney

////
////
////
////
////
////
////
////

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.
IT IS SO ORDERED.
DATED: 9/14/2006

_____
DAVID F. LEVI
United States District Judge