```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant                          OK/HAV
    MANUEL MEDINA-MONTANEZ
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-05-0405 DFL
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER
13       v.                       )
                                  )
14  MANUEL MEDINA-MONTANEZ,       )  Date:  October 19, 2006
                                  )  Time:  10:00 a.m.
15                                )  Judge: Honorable David F. Levi
                                  )
16              Defendant.        )
                                  )
17  _____ )
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, MICHAEL BECKWITH, Assistant United States
20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant
21  Federal Defender, attorney for defendant, that the current Status
22  Conference date of October 5, 2006 be vacated and a new Status
23  Conference date of October 19, 2006 at 10:00 a.m. be set.
24       Negotiations are continuing between the parties toward a
25  resolution of Mr. Medina-Montanez's case.
26       It is further stipulated and agreed between the parties that the
27  period beginning October 5, 2006 through and including October 19, 2006
28  should be excluded in computing the time within which the trial of the

above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 4, 2006                  Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Linda Harter
                                           LINDA HARTER
                                           Chief Assistant Federal Defender
                                           Attorney for Defendant
                                           MANUEL MEDINA-MONTANEZ

Dated: October 4, 2006                  MCGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Michael Beckwith
                                           MICHAEL BECKWITH
                                           Assistant U.S. Attorney

**ORDER**

    Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 10/6/2006

                                           DAVID F. LEVI
                                           United States District Judge