1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700                    **OK/HAV**

5  Attorney for Defendant
   MANUEL MEDINA-MONTANEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-05-0405 DFL
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER
13      v.                        )
                                  )
14  MANUEL MEDINA-MONTANEZ,       )  Date:  November 30, 2006
                                  )  Time:  10:00 a.m.
15                                )  Judge: Honorable David F. Levi
                                  )
16              Defendant.        )
                                  )
17  _____ )

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, MICHAEL BECKWITH, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21  Federal Defender, attorney for defendant, that the current Status

22  Conference date of October 19, 2006 be vacated and a new Status

23  Conference date of November 30, 2006 at 10:00 a.m. be set.

24      Defense counsel is awaiting the outcome of Mr. Medina-Montanez's

25  state case while negotiations are continuing between the parties toward

26  a resolution of his case.

27      It is further stipulated and agreed between the parties that the

28  period beginning October 19, 2006 through and including November 30,

1  2006 should be excluded in computing the time within which the trial of
2  the above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
6  and that the ends of justice to be served by a continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.

8  Dated: October 18, 2006                Respectfully submitted,

9                                         DANIEL J. BRODERICK
                                          Federal Defender
10

11                                        /s/ Linda Harter
                                          LINDA HARTER
12                                        Chief Assistant Federal Defender
                                          Attorney for Defendant
13                                        MANUEL MEDINA-MONTANEZ

14

15 Dated: October 18, 2006                MCGREGOR W. SCOTT
                                          United States Attorney
16

17                                        /s/ Michael Beckwith
                                          MICHAEL BECKWITH
18                                        Assistant U.S. Attorney

19                                  **ORDER**
        Based on the parties' stipulation and good cause appearing
20
   therefrom, the Court hereby adopts the stipulation of the parties in
21
   its entirety as its order.  The Court specifically finds that the ends
22
   of justice served by the granting of such continuance outweigh the
23
   interests of the public and the defendant in a speedy trial.
24
   DATED: 10/19/2006
25

26

27

28                                        _____
                                          DAVID F. LEVI
                                          United States District Judge

Stip & Order/Medina/CR-S-065-405-DFL      2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28